UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alfredo Rojas

Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20 M 8016

Defendant _____Alfredo Rojas_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

X    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ by counsel  *AlfredoRojas/slc*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Alfredo Rojas
_____
Print Defendant's Name

/s/  *Jeffrey Pittell/slc*
_____
Defendant's Counsel's Signature

Jeffrey Pittell
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7/30/2020_____
Date

_____
Sarah L. Cave
U.S. Magistrate Judge